**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                            16 CR. 500 (RMB)

        -against-
                                                            **ORDER**

RADHYS MOLINA,
                    Defendant.
------------------------------------------------------------X


        The Court will hold a supervised release hearing in this case on Tuesday, October 4, 2022

at 10:00 AM

        In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:

        Dial-in Number: (646) 453-4442
        Conference ID: 378 139 875#


Dated: September 19, 2022
        New York, NY


                                            _____
                                                RICHARD M. BERMAN
                                                U.S.D.J.