**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        -against-

RADHYS MOLINA,
                Defendant.
------------------------------------------------------------X

16 CR. 500 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Tuesday, November 15, 2022 at 11:00 AM is hereby rescheduled to Wednesday, November 9, 2022 at 11:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial-in Number: (646) 453-4442
      Conference ID: 378 139 875#

Dated: November 2, 2022
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                     U.S.D.J.