**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

RADHYS MOLINA,
     Defendant.
------------------------------------------------------------X

16 CR. 500 (RMB)

**<u>ORDER</u>**

  The supervised release hearing scheduled for Monday, November 28, 2022 at 12:00 PM will be held by video. Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

 Dial-in Number: (646) 453-4442
 Conference ID: 378 139 875#

Dated: November 18, 2022
   New York, NY

                  _____
                    RICHARD M. BERMAN
                       U.S.D.J.