UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,      :        16 CR. 500 (RMB)
                                          :
      - against -                       :        **ORDER**
                                          :
RADHYS MOLINA,                            :
                Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 2, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 914 332 442#

Dated: January 25, 2023
       New York, NY

                                            **RICHARD M. BERMAN**
                                                **U.S.D.J.**