UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                Government,            :      16 CR. 500 (RMB)
                                     :
      - against -                  :      **ORDER**
                                     :
RADHYS MOLINA,                       :
                Defendant.             :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 8, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 992 979 908#

Dated: May 3, 2023
       New York, NY

                                                       _Richard M. Berman_
                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**