UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                     Government,       :       16 CR. 500 (RMB)
                                               :
      - against -                             :       **ORDER**
                                               :
RADHYS MOLINA,                                 :
                     Defendant.        :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, June 6, 2023 at 2:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 992 979 908#

Dated: May 31, 2023
      New York, NY

*Richard M. Berman* (signature)

**RICHARD M. BERMAN**
**U.S.D.J.**