UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,      :      16 CR. 500 (RMB)
                                           :
     - against -                          :      **ORDER**
                                           :
RADHYS MOLINA,                             :
                Defendant.       :
---------------------------------------------------------------x

     The supervised release hearing is scheduled for Wednesday, August 2, 2023 at 9:00 A.M.

     In the absence of defense objection, the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 456 598 697#

Dated: July 24, 2023
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                          **U.S.D.J.**