UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

                        Government,     :     16 CR. 500 (RMB)

         - against -     :     **ORDER**

RADHYS MOLINA,     :

                        Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 2, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 416 663 186#

Dated: October 25, 2023
        New York, NY

                                          _Richard M. Berman_
                                          **RICHARD M. BERMAN**
                                                  **U.S.D.J.**