UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                 Government,    :    16 CR. 500 (RMB)
                                                  :
    - against -                                :    **ORDER**
                                                  :
RADHYS MOLINA,                                    :
                 Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 11, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 416 663 186#

Dated: December 6, 2023
       New York, NY

                                        _____
                                        **RICHARD M. BERMAN**
                                                **U.S.D.J.**