UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :           16 CR. 500 (RMB)
                                             :
           - against -                       :           **ORDER**
                                             :
RADHYS MOLINA,                               :
                        Defendant.           :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 18, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 147 265 527#

Dated: April 10, 2024
       New York, NY

                                             _____
                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**