UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                              Government,   :     16 CR. 500 (RMB)
                                                :
         - against -                          :     **ORDER**
                                                :
RADHYS MOLINA,                                  :
                                                :
                              Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, June 26, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 452 520 652#

Dated: June 18, 2024
       New York, NY

                                                            *Richard M. Berman*
                                                        **RICHARD M. BERMAN**
                                                               **U.S.D.J.**