**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                    Government,       :       16 CR. 500 (RMB)
                                                  :
      - against -                             :       **ORDER**
                                                  :
RADHYS MOLINA,                                    :
                                                  :
                    Defendant.        :
----------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, June 26, 2024 at 9:00 A.M. is hereby rescheduled to Monday, July 15, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 452 520 652#

Dated: June 26, 2024
       New York, NY

                                                            **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**