UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                            Government,        :        16 CR. 500 (RMB)
                                                 :
         - against -                          :        **ORDER**
                                                 :
RADHYS MOLINA,                                   :
                                                 :
                             Defendant.         :
---------------------------------------------------------------x


The supervised release hearing is scheduled for Monday, July 15, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 452 520 652#


Dated: July 10, 2024
       New York, NY

                                                            *Richard M. Berman*
                                                   **RICHARD M. BERMAN**
                                                              **U.S.D.J.**