UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, : 16 CR. 500 (RMB)
:
     - against - : **ORDER**
:
RADHYS MOLINA, :
:
               Defendant. :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 23, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 325 969 076#

Dated: September 18, 2024
       New York, NY

                                                  _/s/ Richard M. Berman_
                                                **RICHARD M. BERMAN**
                                                     **U.S.D.J.**