UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,				:
							:
			Government,		:	16 CR. 500 (RMB)
							:
		- against -				:	**ORDER**
							:
RADHYS MOLINA,					:
							:
			Defendant.		:
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 4, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 420 211 202#

Dated: October 30, 2024
       New York, NY

					_____
					RICHARD M. BERMAN
					U.S.D.J.