UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                         Government,               :     16 CR. 500 (RMB)
                                                   :
                - against -                        :     **ORDER**
                                                   :
RADHYS MOLINA,                                     :
                                                   :
                         Defendant.                :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 5, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 285 222 712#

Dated: November 20, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.