**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                                       :
                      Government,       :      16 CR. 500 (RMB)
                                                       :
         - against -                  :      **ORDER**
                                                       :
RADHYS MOLINA,                              :
                                                       :
                     Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, March 17, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 750 708 600#

Dated: March 12, 2025
       New York, NY

                                               _____
                                               **RICHARD M. BERMAN**
                                                        **U.S.D.J.**