UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Government, | :    16 CR. 500 (RMB) |
| - against - | :    **ORDER** |
| RADHYS MOLINA, | : |
| Defendant. | : |

---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 29, 2025 at 9:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 751 397 374#

Dated: May 21, 2025
      New York, NY

 

RICHARD M. BERMAN
U.S.D.J.