UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,         :          16 CR. 500 (RMB)
                                             :
      - against -                           :          **ORDER**
                                             :
RADHYS MOLINA,                               :
                                             :
                Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 15, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 636 749 655#

Dated: July 1, 2025
       New York, NY

                                                **RICHARD M. BERMAN**
                                                      **U.S.D.J.**