**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,        :        16 CR. 500 (RMB)
                                         :
      - against -                     :        **ORDER**
                                         :
RADHYS MOLINA,                           :
                                         :
                        Defendant.         :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 14, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 781 403 23#

Dated: August 7, 2025
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                                U.S.D.J.