UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,     :   16 CR. 500 (RMB)
                                         :
      - against -                      :   **ORDER**
                                         :
RADHYS MOLINA,                           :
                                         :
                    Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 7, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 781 403 23#

Dated: October 1, 2025
      New York, NY

                                                            **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**