UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                          Government,       :         16 CR. 500 (RMB)
                                            :
              - against -                   :         **ORDER**
                                            :
RADHYS MOLINA,                              :
                                            :
                          Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 6, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 514 138 653#

Dated: October 29, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**