**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Government, | :  16 CR. 500 (RMB) |
| | : |
| - against - | :  **ORDER** |
| | : |
| RADHYS MOLINA, | : |
| | : |
| Defendant. | : |

----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 17, 2025 at

9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 135 003 379#

Dated: December 10, 2025
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**