**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                              Government,          :        16 Cr. 500 (RMB)
                                                   :
              - against -                          :        **ORDER**
                                                   :
RADHYS MOLINA,                                     :
                                                   :
                              Defendant.           :
-------------------------------------------------------------------x


The supervised release hearing is scheduled for January 28, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: January 22, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**