**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                                   :

                 Government,      :      16 Cr. 500 (RMB)

                                   :

       - against -                :      **ORDER**

                                   :

RADHYS MOLINA,            :

                                   :

              Defendant.      :
-------------------------------------------------------------------x

The supervised release hearing is scheduled for March 12, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 5, 2026
      New York, NY

*RMB*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**