**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                            Government,                   16 Cr. 500 (RMB)

               - against -                       **ORDER**

RADHYS MOLINA,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The supervised release hearing is scheduled for May 14, 2026 at 1:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
       New York, NY

                                   *RMB*

                             **RICHARD M. BERMAN**
                                    **U.S.D.J.**