**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                             :

              Government,                    :        16 CR. 500 (RMB)

                                             :

    - against -                            :        **ORDER**

                                             :

RADHYS MOLINA,                               :

                                             :

              Defendant.                    :

-----------------------------------------------------------------x


    The supervised release hearing is scheduled for Wednesday, June 17, 2026 at

10:00 A.M.

    The court will send the link via email.


Dated: June 10, 2026
      New York, NY

                                    **RICHARD M. BERMAN**
                                          **U.S.D.J.**