**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

RADHYS MOLINA,

Defendant.

16-CR-500 (RMB)

**ORDER**

The Court hereby orders and directs that Mr. Radhys Molina's term of supervised release is terminated early (effective as of August 4, 2026). *See* H'rg Tr., dated Aug. 4, 2026; *see also* 18 U.S.C. § 3583(e) ("The court may . . . terminate a term of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant and the interests of justice.").

Date: August 7, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**